FILED13 JUL '26 11 21 USDC-ORP

Federal Court of the 9th District

Preston A. Mandas

V.

Polk County Jail,
Polk County medical Staff,

3:26-cv-01437-SI

42 USCS § 1985(2)

Conspiracy of deprivation

of rights

I Preston A. Mandas the petitioner, in this Matter on this day of July , 2026.

I declare that I am being denied my 4th, 5th, 6th, 8th ? 14th Amendments of the Constitution Afforded to me, as well my human rights Article 5, 11.1 ? 18 of the Universal Delieration of human rights.

Grounds

When I first arrived In Polk county Jail, I was forced to bend over and expose my anus, even though they performed an X-ray scan prior. Thus embarrassing and humiliating me. The next day I was taken to

1 of 4

Court for my arraignment where I had a stand-in attorney step up and waive my rights, all of them including my right to my preliminary hearing & Judge Timothy R. Park not advise me of all my right. Leaving me bewildered at what just happened.

I found out days later on paper thee amounthly charges filed against me were duplicious in nature. Then find out my ball was set extremely high at $250,000 subjecthing me to excessive ball. I have been told this is a normal in this county for everyone this way people are more keen to deals the DDA offers them.

At night Deputies would walk through every 45-60 minutes slamming doors and useing there scanners which are extreamly high DB to the ears depriving us from adaguate sleep and or givly many PTSD.

2 of 4

while being here in Polk County Jail I have experienced very poor nutrition lacking Calcium, vitamin C, & electrolytes. Also being provided in our food as a vitamin suppliment is Aspartame which is a known Carcinogen.

The Jail rutinly misclassifies AIC causing Assaults, Sexual Assualts with other AIC's. While here the building are poorly maintained as in K-dorm we have Blackmold, and a flying insect infestation that they fail to treet or remady the problem properly I heard this issue has been like this for the last 2-years.

The Jails inadequate very Limited Law Library that has missing books from important Volumes like Counsel, Court Rules, and other very important books that is required for us to prepair for our Defence

against this corrupt County, These books are over 15+ years old.

The medical staff have a very deliberate indifference to our medical/my medical needs and the main provider only comes in once a week, making it take weeks to be properly medically treated or adaquate eyes on the medical need at hand. Furthermore only have dental once every 30-45 days making it impossible to remedy a tooth issue that causes unbearable pain. Leaving me at the mercy of the facility to provide required paid medical care in the form of medications, only to manage the pain, and not fix the issue. They also have a history of negligent maintnencing anything which has kept them from providing care the 1 day a month that they are here.

Dated: 7-7-2026  Preston A. W_____

Preston A. Mandus

850 Main St

Dallas OR 97338



Legal Mail

Federal Court 9ᵗʰ Dist.

1000 SW 3ʳᵈ Ave #740

Portland OR 97204

